No. 80–1012. RICE, DIRECTOR, DEPARTMENT OF ALCO-
HOLIC BEVERAGE CONTROL OF CALIFORNIA *v.* NORMAN
WILLIAMS CO. ET AL.;

No. 80–1030. BOHEMIAN DISTRIBUTING CO. *v.* NORMAN
WILLIAMS CO. ET AL.; and

No. 80–1052. WINE & SPIRITS WHOLESALERS OF CALI-
FORNIA *v.* NORMAN WILLIAMS CO. ET AL. Ct. App. Cal., 3d
App. Dist. [Certiorari granted, 454 U. S. 1080.] Motion of
petitioners Bohemian Distributing Co. and Wine & Spirits
Wholesalers of California for divided argument granted.
Motion of petitioner Baxter Rice for divided argument
granted.

No. 80–1305. ALFRED L. SNAPP & SON, INC., ET AL. *v.*
PUERTO RICO EX REL. QUIROS, SECRETARY OF LABOR AND
HUMAN RESOURCES. C. A. 4th Cir. [Certiorari granted,
454 U. S. 1079.] Motion of the Attorney General of New
York for leave to participate in oral argument as *amicus cu-
riae* and for additional time for oral argument denied.

No. 80–1952. BLUM, COMMISSIONER OF THE NEW YORK
STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* YARET-
SKY ET AL. C. A. 2d Cir. [Certiorari granted, 454 U. S.
815.] Motion of National Citizens' Coalition for Nursing
Home Reform for leave to file a brief as *amicus curiae*
granted.

No. 80–2070. SUMITOMO SHOJI AMERICA, INC. *v.* AVAG-
LIANO ET AL.; and

No. 81–24. AVAGLIANO ET AL. *v.* SUMITOMO SHOJI
AMERICA, INC. C. A. 2d Cir. [Certiorari granted, 454
U. S. 962.] Motion of Ministry of International Trade and
Industry of the Government of Japan for leave to file a brief
as *amicus curiae* granted.

No. 80–2116. WILLIAMS *v.* UNITED STATES. C. A. 5th
Cir. [Certiorari granted, 454 U. S. 1030 and 1096.] Motion
of the Solicitor General to permit Richard G. Wilkins, Es-
quire, to present oral argument *pro hac vice* granted.